# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOPEZ, <br>             Petitioner, <br>     v. <br> JIM MCDONALD, Warden, <br>             Respondent. | Case No. ED CV 12-1965 PSG (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: __April 23, 2013_____

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE